B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Western District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Batavia Nursing Home, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**16-1572342** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**257 State Street**<br>**Batavia, NY**<br>ZIP Code **14020** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Genesee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2302 Wherle Drive**<br>**Williamsville, NY**<br>ZIP Code **14221** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Batavia Nursing Home, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)     (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Batavia Nursing Home, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Arthur G. Baumeister, Jr.**
Signature of Attorney for Debtor(s)

**Arthur G. Baumeister, Jr.**
Printed Name of Attorney for Debtor(s)

**Amigone, Sanchez, Mattrey & Marshall LLP**
Firm Name

**1300 Main Place Tower**
**350 Main Street**
**Buffalo, NY 14202**

Address

**Email: abaumeister@amigonesanchez.com**
**(716) 852-1300  Fax: (716) 852-1344**
Telephone Number

**September 19, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marc I. Korn**
Signature of Authorized Individual

**Marc I. Korn**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**September 19, 2011**
Date

In re  **Batavia Nursing Home, LLC**                                          ,  Case No. _____
                                                             Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Fairchild Manor Nursing Home, LLC** <br> **Western District of New York** | **1-11-13013-MJK** <br> **Owner owns more than 20%** | **08/30/11** <br> **Michael J. Kaplan** |
| **Geriatric Realty Corp.** <br> **Western District of New York** | **1-11-00000** <br> **Owner owns more than 20%** | **09/19/11** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of New York

In re **Batavia Nursing Home, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AFLAC New York<br>22 Corporate Woods Blvd.<br>Albany, NY 12211 | AFLAC New York<br>22 Corporate Woods Blvd.<br>Albany, NY 12211 | vendor | | 11,786.29 |
| Buffalo Pharmacy Inst.<br>20 Lawrence Bell Drive<br>Buffalo, NY 14221 | Buffalo Pharmacy Inst.<br>20 Lawrence Bell Drive<br>Buffalo, NY 14221 | vendor | | 54,493.77 |
| Elmblem Health Services Co. LLC<br>P.O. Box 3736<br>New York, NY 10008-3836 | Elmblem Health Services Co. LLC<br>P.O. Box 3736<br>New York, NY 10008-3836 | vendor | | 15,630.94 |
| Fifth Third Bank<br>600 Superior Avenue East<br>Cleveland, OH 44114 | Fifth Third Bank<br>600 Superior Avenue East<br>Cleveland, OH 44114 | | | 4,430,000.00<br><br>(0.00 secured) |
| Frantz Ward LLP<br>2500 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1230 | Frantz Ward LLP<br>2500 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1230 | vendor | | 15,072.66 |
| Freed Maxick & Battaglia<br>800 LIberty Building<br>424 Main Street<br>Buffalo, NY 14202 | Freed Maxick & Battaglia<br>800 LIberty Building<br>424 Main Street<br>Buffalo, NY 14202 | vendor | | 17,254.92 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | 173,000.00 |
| Kavinoky, Cook LLP<br>726 Exchange Street, Suite 800<br>Buffalo, NY 14210 | Kavinoky, Cook LLP<br>726 Exchange Street, Suite 800<br>Buffalo, NY 14210 | vendor | | 50,000.00 |
| McKesson Medical-Surgical Minnesota Supply Inc.<br>P.O. Box 630693<br>Cincinnati, OH 45263-0693 | McKesson Medical-Surgical Minnesota Supply Inc.<br>P.O. Box 630693<br>Cincinnati, OH 45263-0693 | vendor | | 75,533.55 |
| MDTS<br>P.O. Box 8000-445<br>Buffalo, NY 14267 | MDTS<br>P.O. Box 8000-445<br>Buffalo, NY 14267 | vendor | | 15,041.47 |

In re **Batavia Nursing Home, LLC**
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **National Grid**<br>300 Erie Blvd. West<br>Syracuse, NY 13252 | **National Grid**<br>300 Erie Blvd. West<br>Syracuse, NY 13252 | utility | | 14,397.27 |
| **New York Department of Labor**<br>State OFC Building Campus 12<br>Room 185B<br>Albany, NY 12240 | **New York Department of Labor**<br>State OFC Building Campus 12<br>Room 185B<br>Albany, NY 12240 | vendor | | 108,000.00 |
| **NYS OMIG/TPL**<br>P.O. Box 414974<br>Boston, MA 02241-4974 | **NYS OMIG/TPL**<br>P.O. Box 414974<br>Boston, MA 02241-4974 | vendor | | 23,195.36 |
| **O'Connell and Aronowitz**<br>54 State Street<br>Albany, NY 12207-2501 | **O'Connell and Aronowitz**<br>54 State Street<br>Albany, NY 12207-2501 | vendor | | 27,271.64 |
| **Premium Financing Specialist Inc.**<br>455 Commerce Drive, Suite 1<br>Buffalo, NY 14228 | **Premium Financing Specialist Inc.**<br>455 Commerce Drive, Suite 1<br>Buffalo, NY 14228 | vendor | | 45,807.12 |
| **RSM McGladrey Inc.**<br>800 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202-3508 | **RSM McGladrey Inc.**<br>800 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202-3508 | vendor | | 75,962.20 |
| **SYSCO Food Services - Syracuse**<br>2508 Warners Road<br>Warners, NY 13164 | **SYSCO Food Services - Syracuse**<br>2508 Warners Road<br>Warners, NY 13164 | vendor | | 12,266.63 |
| **The State Insurance Fund**<br>199 Church Street<br>New York, NY 10007-1173 | **The State Insurance Fund**<br>199 Church Street<br>New York, NY 10007-1173 | vendor | | 88,276.49 |
| **US Food Service**<br>125 Gardenville Parkway East<br>Buffalo, NY 14224 | **US Food Service**<br>125 Gardenville Parkway East<br>Buffalo, NY 14224 | vendor | | 14,147.18 |
| **Wolfgang & Weinmann**<br>69 Delaware Avenue, Suite 707<br>Buffalo, NY 14202 | **Wolfgang & Weinmann**<br>69 Delaware Avenue, Suite 707<br>Buffalo, NY 14202 | vendor | | 11,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Batavia Nursing Home, LLC**  Case No.  _____

                                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 19, 2011**  Signature  **/s/ Marc I. Korn**
                                                                               **Marc I. Korn**
                                                                               **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

4Imprint Inc.
P.O. Box 1641
Milwaukee, WI 53201-1641


ACM Medical Laboratory
160 Elmgrove Park
Rochester, NY 14624


ACS Service Bureau
Suite A-2
226 Lowell Street
Wilmington, MA 01887-3073


ADP Commercial Leasing
P.O. Box 34656
Newark, NJ 07189


ADP Inc.
P.O. box 7247-0372
Philadelphia, PA 19170-0372


AFLAC New York
22 Corporate Woods Blvd.
Albany, NY 12211


Airgas East
P.O. Box 827049
Philadelphia, PA 19182-7049


American Healthtech
P.O. Box 12310
Jackson, MS 39236


American Homecare Supply, LC
P.O. Box 347118
Pittsburgh, PA 15251-4118


Angelica-Batavia
P.O. Box 823283
Philadelphia, PA 19182-3283


Arlene Harster
36 Idlewood Drive
Brockport, NY 14420

Assoc. Respiratory Services
2102 West State Street
Olean, NY 14760


Atlas Health Care Linen Services LLC
414 W. Taylor Street
Syracuse, NY 13202-3443


Attaica Bus Service, Inc.
949 Creek Road
Attica, NY 14011


Beatrice Butzer
8505 Stringham Drive
Batavia, NY 14020


Belle Graziplene
3519 Route 98
North Java, NY 14113


Benesch Friedlander Coplan, et al
200 Public Square  #2300
Cleveland, OH 44114-2378


Bluestein & Muhbauer, P.C.
333 International Drive, Suite B-4
Buffalo, NY 14221


Bob Harris Realty LLC
6 Ellicott Avenue
Batavia, NY 14020


Buffalo Pharmacy Inst.
20 Lawrence Bell Drive
Buffalo, NY 14221


Buffalo Ultrasound
388 Evans Street
Buffalo, NY 14221


Celamark Corporation
22 Commercial Blvd, Suite H
Novato, CA 94949-6181

Chemsearch
23261 Network Place
Chicago, IL 60673-1232

Chudy Paper Company Inc.
930 Bailey Avenue
Buffalo, NY 14206

Cinta's Fas Lockbox 636525
P.O. Box 636525
Cincinnati, OH 45263-6525

Claudette Biegasiewicz
158 Oak Street
Batavia, NY 14020

Comtel
750 Ensminger Road
Tonawanda, NY 14150

Copeland Data Systems
550 Fillmore Avenue
Tonawanda, NY 14150

Country Line Elecric Dist.
5059 E. Main STreet
P.O. Box 325
Silver Springs, NY 14550

Crest Healthcare Supply
195 South Third Street
Dassel, MN 55325-0727

Damon & Morey LLP
Avant Buiding, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202-2150

Diversified Services
2900 Delaware Avenue
Buffalo, NY 14217

Dr. Drew Chenelly
121 North Main Street, Suite 310
Albion, NY 14411

Dr. Shoukri M. Wisa Med Care PLLC
164 Washington Avenue
Batavia, NY 14020


Eagle Systems Inc.
2421 Harlem Road
Buffalo, NY 14225


Eaton Office Supply, Inc.
180 John Glenn Drive
Buffalo, NY 14228


Ecolab
P.O. Box 905327
Charlotte, NC 28290-5327


Elite Medical Supply of New York
1900 Ridge Road
Buffalo, NY 14224


Elmblem Health Services Co. LLC
P.O. Box 3736
New York, NY 10008-3836


Estate of Donald Willett
816 Hamlin Parma Townline Road
Hilton, NY 14468


Estate of Jane Penkszyk
P.O. Box 402
Batavia, NY 14020


Estate of John Genesky
c/o Robert Genesky
427 East Main Street
Batavia, NY 14020


Estate of Sidney Merkle
120 Franklin Street
Dansville, NY 14437


Federal Express
P.O. Box 360353
Pittsburgh, PA 15250-6353

Fifth Third Bank
600 Superior Avenue East
Cleveland, OH 44114


Frantz Ward LLP
2500 Key Center
127 Public Square
Cleveland, OH 44114-1230


Freed Maxick & Battaglia
800 LIberty Building
424 Main Street
Buffalo, NY 14202


Genesee Community College Foundation
One College Road
Batavia, NY 14020-9704


Genesee County Dept. Soc. Services
5130 E. Main Street, Suite 3
Batavia, NY 14020


Genesee Orthopaedics & Sports
33 Chandler Avenue, 2nd Floor
Batavia, NY 14020


Halprin Medical Surgical Supply
64 West Avenue
Canandaigua, NY 14424


Helen Kiesler
27 Monroe Avenue
Brockport, NY 14420


Heman Braces & Orthodics
Mount Morris, NY 14510


Highland Hospital
Box 347159
Pittsburgh, PA 15251

Hiscock & Barclay
1100 M&T Center
3 Fountain Plaza
Buffalo, NY 14203


HSBC Bank USA
Commercial Cash Managemetn
One HSBC Center, 12th Floor
Buffalo, NY 14203


Independent Health
Dept. 264
P.O. Box 8000
Buffalo, NY 14267-0002


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intivia, Inc.
371 Hoes Lane, Suite 302
Piscataway, NJ 08854


Irish Carbonic & Welding
1444 Clinton Street
Buffalo, NY 14206


Ivans
Church Street Station
P.O. Box 850001
Orlando, FL 32885-0033


James Ross
58 Genesee Street
Attica, NY 14011


John W. Crofts, M.D.
150 Washington Avenue
Buffalo, NY 14202


Kavinoky, Cook LLP
726 Exchange Street, Suite 800
Buffalo, NY 14210

Kim Fritschi LMSW
3 Sibley Drive
Buffalo, NY 14224


Kinney Drugs/HealthDirect
515 Stewart Drive West
Syracuse, NY 13212


L Toal, Contractor
3670 South Main Street
Batavia, NY 14020


Lakeside Memorial Hospital
156 West Avenue
Brockport, NY 14420-1229


Lawley Services, Inc.
345 Delaware Avenue
Buffalo, NY 14202


Loretta Sobon
8 Alden Glen Drive
Webster, NY 14580


Mancuso Bus. & Industry Ctr. Inc.
56 Harvester Avenue
Batavia, NY 14020


Mazurkiewicz Family Chiropractice PC
184 Washington Avenue
Batavia, NY 14020


McBee Systems Inc.
500 Main Street
Attn.: A/R
Groton, MA 01471-0004


McClure Dental Services PC
84 W. Utica Street
Buffalo, NY 14209


McKesson Medical-Surgical
Minnesota Supply Inc.
P.O. Box 630693
Cincinnati, OH 45263-0693

MDTS
P.O. Box 8000-445
Buffalo, NY 14267

Monroe Wheel Chair
3340 Monroe Avenue
Rochester, NY 14618

Morgan Services Inc.
325 Louisiana Street
Tonawanda, NY 14150

N.Y. Assoc. of Homes & Services
for the Aging
150 State Street, Suite 301
Albany, NY 12207-1698

National Benefit Life Ins. Co.
One Court Square
Long Island City, NY 11120-0001

National Fuel
P.O. Box 4103
Buffalo, NY 14264

National Grid
300 Erie Blvd. West
Syracuse, NY 13252

New York Department of Labor
State OFC Building Campus 12
Room 185B
Albany, NY 12240

NYS OMIG/TPL
P.O. Box 414974
Boston, MA 02241-4974

NYSHFA
33 Elk Street, Suite 300
Albany, NY 12207-1010

NYSHFA - District #10
P.O. Box 1875
Buffalo, NY 14221-1875

O'Connell and Aronowitz
54 State Street
Albany, NY 12207-2501


Office Depot
P.O Box 88040
Chicago, IL 60680-1040


Omnicare Pharmacy
P.O. Box 715276
Columbus, OH 43271-5276


Omnicare Pharmacy of WNY
2410 North America Drive
Buffalo, NY 14224


One Communications
P.O. Box 415721
Boston, MA 02241-5721


Optimasolutions2/Tray Card System
210 S. 13trh Street, Suite B
Griffin, GA 30224


P &NP Computer Services Inc.
66 North Main Street
Brockport, NY 14420-1649


Paul Bukiewicz
110 Green Tree Lane
Rochester, NY 14606


Postage Ink
P.O. Box 152
East Aurora, NY 14052


Povinelli Cutlery & Sharpening Serv.
3810 Union Road
Buffalo, NY 14225


Premium Financing Specialist Inc.
455 Commerce Drive, Suite 1
Buffalo, NY 14228

Professional Medical Inc.
1917 Garnet Court
New Lenox, IL 60451


Quest Diagnostics
2178 Colection Center Drive
Chicago, IL 60693


RSM McGladrey Inc.
800 Liberty Building
424 Main Street
Buffalo, NY 14202-3508


Ruskin Moscou Faltischek PC
1425 Rexcorp Plaza
Uniondale, NY 11556


Safeguard Business Systesm
P.O. Box 88043
Chicago, IL 60680-1043


Shred-It
Post Office Box 29863
New York, NY 10087-9863


Simplex Grinnell
Dept. CH 10320
Palatine, IL 60055-0320


Sofco Buffalo -Div. of Bunzl
12765 Collections Center Drive
Chicago, IL 60693


Staples Business Advantage
Dept. ROC
P.O. Box 415256
Boston, MA 02241-5256


Stericycle, Inc.
P.O. Box 9001590
Louisville, KY 40290-1590


Superior Products Co.
P.O. Box 623
East Aurora, NY 14052

Supplemental Health Care
P.O. Box 27124
Salt Lake City, UT 84127-0124


SYSCO Food Services - Syracuse
2508 Warners Road
Warners, NY 13164


Szklany, OTR/L
326 East State Street, Apt. 2
Albion, NY 14411


Telephone Technologies, LLC
282 Rockport Road
Port Murray, NJ 07865


The Hartford
Group Benefits Division
P.O. Box 8500-3690
Philadelphia, PA 19178-3690


The State Insurance Fund
199 Church Street
New York, NY 10007-1173


Time Warner Cable
P.O. Box 994
Buffalo, NY 14270-0994


Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604


United Memorial Medical Center
127 North Street
Batavia, NY 14020


Unitherm Inc.
P.O. Box 1189
Lebanon, OH 45036


Univ. of Rochester/Strong Memorial Hosp.
P.O. Box 6772
New York, NY 10249

Upsate Cardiology
215 Summit Street
Batavia, NY 14020


Upstate Niagara Cooperative Inc.
P.O. Box 650
Buffalo, NY 14225


US Food Service
125 Gardenville Parkway East
Buffalo, NY 14224


Verizon
P.O. Box 15124
Albany, NY 12212-5124


Waste Management of WNY
P.O. Box 13648
Philadelphia, PA 19101-3648


Webster Szanyi LLP
1400 Liberty Building
Buffalo, NY 14202


WNY Mutual Aid Plan
Michelle Murtha, Administrator
5949 Broadway
Lancaster, NY 14086


Wolfgang & Weinmann
69 Delaware Avenue, Suite 707
Buffalo, NY 14202


Wyoming County Community Hospital
400 Norht Main Street
Warsaw, NY 14569


Xerox Corporation
P.O. Box 827598
Philadelphia, PA 19182